# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIDA DEAS,<br>      Petitioner, | No. 3:12-cv-00275 (SRU) |
| v. | |
| UNITED STATES OF AMERICA,<br>      Respondent. | |

## ORDER OF TRANSFER TO THE COURT OF APPEALS

In April 2012, petitioner Vida Deas filed an amended motion to vacate his sentence pursuant to 28 U.S.C. § 2255. Doc. No. 9. I denied the motion in August 2014. Doc. No. 33. Deas filed a motion for reconsideration and a motion for relief under Rule 60, *see* Docs. Nos. 36 & 38, both of which I denied. Doc. No. 39. Deas then filed another motion under Rule 60, *see* Doc. No. 40, which I also denied. Doc. No. 41. Deas appealed my orders denying his motions, *see* Doc. No. 42, and in December 2015, the Second Circuit issued a mandate denying a certificate of appealability and dismissing Deas's appeal. Doc. No. 45.

Deas filed another motion for relief from judgment, *see* Doc. No. 46, which I transferred to the Second Circuit as a successive petition under section 2255. Docs. Nos. 47 & 51. Deas appealed my transfer order, and in May 2015, the Second Circuit issued a mandate dismissing Deas's appeal and denying leave to file a successive petition. Before the Second Circuit issued its mandate, however, Deas filed another motion for relief from judgment, *see* Doc. No. 52, which I transferred to the Second Circuit. Doc. No. 53. On June 12, 2017, the Second Circuit issued another mandate denying leave to file a successive petition. Doc. No. 57.

Deas now has filed yet another motion for relief from judgment, which again attempts to collaterally attack his conviction and sentence. Doc. No. 55. Because Deas already has made

several such motions under section 2255, I lack jurisdiction to consider his present motion unless the Second Circuit grants leave to file a successive petition. Therefore, I order Deas's motion transferred to the United States Court of Appeals for the Second Circuit.

So ordered.

Dated at Bridgeport, Connecticut, this 15th day of June 2017.

                                                   /s/ STEFAN R. UNDERHILL
                                                   Stefan R. Underhill
                                                   United States District Judge